

# Fourth Court of Appeals
## San Antonio, Texas

August 9, 2016

No. 04-16-00181-CV

**THREE THOUSAND FOUR HUNDRED FORTY-FIVE DOLLARS ($3,445.00) UNITED STATES CURRENCY**,
Appellant

v.

**THE STATE OF TEXAS**,
Appellee

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-08281
Honorable Larry Noll, Judge Presiding

# O R D E R

Appellant's brief was due on July 22, 2016. *See* TEX. R. APP. P. 38.6(a). After no brief or motion for extension of time was timely filed, on July 27, 2016, we ordered Appellant to show cause in writing by August 11, 2016, why this appeal should not be dismissed for want of prosecution. *See id.* R. 38.8(a), 42.3(b), (c); *Elizondo v. City of San Antonio*, 975 S.W.2d 61, 63 (Tex. App.—San Antonio 1998, no pet.).

In his timely filed written response, Appellant stated he did not know he needed to file a brief and he asked for more time to file his brief.

Our July 27, 2016 show cause order is satisfied. Appellant's brief is due within THIRTY DAYS of the date of this order. We caution Appellant that his brief must comply with the Texas Rules of Appellate Procedure. *See, e.g.*, TEX. R. APP. P. 38.1. For example, the brief must include the following:

Identity of Parties and Counsel,
Table of Contents,
Index of Authorities,
Statement of the Case,
Any Statement Regarding Oral Argument,
Issues Presented,
Statement of Facts,

Summary of the Argument,

Argument,

Prayer, and

Appendix.

*See id.* If Appellant's brief does not comply with the applicable rules, this court may strike Appellant's brief. *See id.* R. 38.9(a); *see also id.* R. 38.8(a) (authorizing this court to dismiss an appeal if an appellant fails to timely file a brief).

_____

Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of August, 2016.



_____

Keith E. Hottle

Clerk of Court